# UNITED STATES DISTRICT COURT

## District of Minnesota

Alexander Vitaljevich Levkovich,

Petitioner,

v.

Donald J. Trump, Markwayne Mullin, Marco Rubio, Todd M. Lyons, Pamela Bondi, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-938 SHL/DLM

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

In light of the information provided in [7] Federal Respondents' Status Update, the Clerk of Court is directed to enter judgment in favor of Petitioner and close this case.

Date: 3/25/2026

KATE M. FOGARTY, CLERK